IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
ABDURAHMAN M. ALAMOUDI,        )
                               )
        Defendant,             )
                               )   Criminal No. 03-0513-A
        and                    )
                               )
IN RE:   6325 NANCY HANKS COURT)
         ALEXANDRIA, VIRGINIA, )
         et al.                )
                               )
_____)
```

**ORDER**

This matter comes before the Court on the Petitioner Alhindi's Petition for Writ of Habeas Corpus <u>Ad</u> <u>Testificandum</u> to compel the production of Abdurahman Alamoudi. For the reasons stated from the bench, it is hereby

ORDERED that the Petitioner's petition is GRANTED and subpoena for Abdurahman Alamoudi to testify before the Court on June 14, 2006, will issue.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 2, 2006