ABDURAHMAN ALAMOUDI 47042-083 JA
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 6001
ASHLAND, KENTUCKY 41105

⇔47042-083⇔
The Clerk
United States Courthouse
401 Courthouse SQ
Alexandria, VA 22314-5704
United States

22314570499