IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 03-513-A |
| | ) | |
| ABDURAHMAN M. ALAMOUDI, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER TO UNSEAL

WHEREAS, on July 30, 2004, this Court sealed the annex to the Statement of Facts incorporated into the plea agreement of the defendant in this case to protect an ongoing investigation but the United States has now moved to unseal those documents on the grounds that sealing is no longer necessary to protect that investigation; and

WHEREAS, there is no longer any compelling government interest in sealing the application and Order in this case in large part because with the passage of time, some of the individuals named in the annex have died or are now in jail in other countries;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the annex to the Statement of Facts incorporated into the plea agreement of the defendant in this case be and hereby is unsealed.

Date: April 20, 2015
Alexandria, Virginia