**ABDRAHMAN ALAMOUDI   47042-083 JA**
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 6001
ASHLAND, KENTUCKY 41105



CHARLESTON WV 253

12 MAY 2015 PM 1 L

⇔47042-083⇔
The Clerk
United States Courthouse
401 Courthouse SQ
Alexandria, VA 22314-5704
United States

22314570499