IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CRIMINAL NO. 03-513-A |
| | ) | |
| ABDURAHMAN M. ALAMOUDI | ) | |

## SEALED ANNEX TO STATEMENT OF FACTS

The unsealed portion of the Statement of Facts makes reference to individuals who are not named. The following table identifies by name the individuals referenced in the unsealed portion of the Statement of Facts:

| Individual Referenced in Unsealed Statement of Facts | Name |
|---|---|
| Libyan Government Official #1 | Abdallah Sanoussi, the head of the Libyan intelligence agency known as the Jamahiriya Security Agency |
| Libyan Government Official #2 | Mohammed Ismail Ahmed Ismail, a Libyan intelligence officer |
| Libyan Government Official #3 | Mohammed Al-Sharif, the head of the World Islamic Call Society |
| Libyan Government Official #4 | Abuzaid Dorda |
| Libyan Government Official #5 | Muammar Gaddafi |
| Libyan Government Official #6 | Musa Kousah, head of the Libyan intelligence agency known as the External Security Organization |
| Saudi Dissident #1 | Saad Al-Faqih |

Saudi Dissident #2              Mohammed Al-Massari

The following paragraphs are portions of the Statement of Facts that are filed separately to facilitate their remaining under seal:

40. Unknown to ALAMOUDI, in June 2003 LGO #2 met alone with SD#2, and openly discussed that the plot's objective was to assassinate Crown Prince Abdullah of Saudi Arabia.

44. ... Unknown to ALAMOUDI, the Libyans intended these funds to be provided to a person in the United States.

47. .... Unknown to ALAMOUDI, at this meeting LGO #2 asked for and received SD#1's commitment to use his contacts to find someone to kill Crown Prince Abdullah.

61. .... On or about October 22, 2003, LGO #2 went to London, on the order of LGO #3, to meet with SD#1. At this meeting, LGO #2 learned the identity of the individuals within Saudi Arabia who were going to execute the assassination plot. SD#1 also told LGO #2 the cost of the operation would be four million Saudi riyals (approximately $1,000,000).

62. Again unknown to Alamoudi, on or about November 21, 2003, LGO #2 delivered four million riyals to individuals in Saudi Arabia who SD#1 had identified would accomplish the assassination. Saudi authorities seized the money from a hotel room in Mecca. LGO #2 traveled to Egypt after delivering the funds, but later returned to Saudi Arabia where he was arrested.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney

[continued from prior page]

---
Steven P. Ward
Special Assistant United States Attorney

Christopher A. Wray
Assistant Attorney General
Criminal Division

By: _____
Barry Sabin
Chief, Counterterrorism Section

After consulting with my attorney and pursuant to the plea agreement entered into this day between the Defendant, ABDURAHMAN M. ALAMOUDI, and the United States, I hereby stipulate that the above sealed annex to the Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
ABDURAHMAN M. ALAMOUDI

We are ABDURAHMAN M. ALAMOUDI'S attorneys. We have carefully reviewed the above sealed annex to the Statement of Facts with him. To our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Stanley L. Cohen

_____
James P. McLoughlin

---
Alton L. Gwaltney, III